372 A.2d 411
Benbow et ux. v. Odarchenko et ux., Appellants.

Argued December 6, 1976. Gerald P. Ginley,

with him Stack, Ginley & Gallagher, for appellants; David P. Grau, with him Semisch and DerMovsesian, for appellees.

Judgment affirmed.